UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

## § 2241 HABEAS CORPUS PETITION FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 2241 OR IN ACTIONS CHALLENGING REMOVAL PROCEEDINGS

Gilberto Lopez-Giraldo,

Inmate/Alien # 73116-019.

_____.

(Enter full name of Petitioner, prison number or alien [A] number, if applicable, AND address of place of confinement.)

VS.

Warden FCC Coleman LOW,

_____,
_____,
_____,
_____.

(Enter name and title of each Respondent. If additional space is required, use the blank area below and directly to the right.)

CASE NO: ~~3:2-cv-~~ 5:23-cv-75-TPB-PRL

FILED 2023 FEB -2 AM 11:32
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

**ALL APPLICANTS MUST COMPLETE THIS ENTIRE FORM**

## ANSWER ALL OF THE FOLLOWING:

1. This petition concerns (check where applicable):

    (a). ☐ a conviction
    (b). XX a sentence
    (c). ☐ prison disciplinary action or other action resulting in lost gain time credits
    (d). ☐ parole
    (e). ☐ immigration/removal
    (f). ☐ other (explain): ___Sentence execution, FSA calculation___

2. Provide the following information regarding the conviction(s) and sentence(s) for which you are presently incarcerated:

    (a). Name(s) and location(s) of court: __Northern District of Georgia__
    (b). Case Number(s): __1:17-CR-395-MLB-2__
    (c). Charge(s) for which you were convicted: __18:1956(H) Money Laundery__
    (d). What was your plea? (Check one)
      (1) Not Guilty   ☐
      (2) Guilty       ☐
      (3) Nolo contendere ☐

    (e). Did you appeal from the judgment of conviction?   Yes ☐   No XX

3. If you did appeal, answer the following:

    (a) Name of Court:_____ Case #:_____

    (b) Result: _____

    (c) Date of opinion and mandate (citation, if known): _____

4. Claims that challenge your conviction or imposition of sentence can only be raised by motion under 28 U.S.C. § 2255 unless the § 2255 motion is inadequate or ineffective to test the legality of your detention. If any of the grounds raised above challenge your conviction or sentencing:

    (a) Have you filed a motion under 28 U.S.C. § 2255?
        Yes ☐        No ☐
                                                             NA
    If yes, please provide the case #, where filed, relevant date(s), and the results: _____
    _____

    (b). Explain why the remedy under § 2255 was or is inadequate or ineffective: _____
    _____
    _____
    _____

5.  Are you currently represented by counsel in this case or in any other court case?

    Yes ☐   No ☐

    If yes, please explain: _____

6.  If this case concerns removal proceedings:
    (a) Date of final order of removal: _____
    (b) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

7.  In the spaces below, set forth every ground which supports your claim that you are incarcerated unlawfully. Briefly summarize the specific facts in support of each ground raised. Conclusions that are not supported by specific facts are insufficient. You may attach additional pages if necessary to raise additional grounds or provide additional facts. Do not cite any law in your statement of facts.

    (a).   Ground one:   Illegal Detention due to error in credits of time in jail

    Supporting FACTS (state *briefly* without citing cases or law): _____

    Inmate was detained for 12 months; (See Attached) without credit for

    such detention;

    Exhaustion:   Issue of Law, unable to seek remedy from BOP, as Art. III controls.
    [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
        Yes ☐   No ☐
    If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any

    appeals: _____

    [2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) -
    Did you present ground one to the Board of Immigration Appeals?   Yes ☐   No ☐

    If yes, please provide the results of the proceeding(s) and the relevant date(s).

    _____

    (b).   Ground two:   FSA (FTC) Have not been awarded, while inmate is eligible.

    Supporting FACTS (state *briefly* without citing cases or law): _____

    While recent BOP report shows inmate is eligible to receive FSA credits

    he has not received any such credts; (he has received GCT "Good Time Credit"

    which is demonstrative of unfair benefit of law, governing FSA(FTC))(14th Amend)

    Exhaustion: Issue of law(s) and protected rights; Art. III authority controls.
    [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?

Yes ☐ No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: __NA__

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals? Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

(c). Ground three: __Inmate has not received GTC & FSA(FTC) for Colombia time.__

Supporting FACTS (state *briefly* without citing cases or law):

Inmate has not received GTC/FSA(FTC) for time spent in Colombia at the expense of the United States of America; this denys benefit of time off of 58 months, which as demonstrated(See Attached) detains inmate illegally.

Issue of law; Art. III is controlling as such.

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
Yes ☐ No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: ____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals? Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

(d). Ground four: ____

Supporting FACTS (state *briefly* without citing cases or law):

N/A

Exhaustion:
[1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?   Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(e).   Ground five: _____ N/A _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____
_____
_____

Exhaustion:
   [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
      Yes ☐   No ☐
If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?   Yes ☐ No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).

_____

(f).   Ground six: _____ N/A _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____
_____
_____

Exhaustion:
   [1] - Have you presented ground one to the Bureau of Prisons, either through the prison grievance system or other administrative proceeding?
      Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s). Include any appeals: _____

[2]-(Answer only if you are challenging an issue related to removal (immigration) proceedings) - Did you present ground one to the Board of Immigration Appeals?    Yes ☐   No ☐

If yes, please provide the results of the proceeding(s) and the relevant date(s).
_____

8.  WHEREFORE, based upon the grounds raised above, Petitioner prays that the court will grant the following relief:

## DECLARATION

I declare under penalty of perjury that I have read the above and the information contained herein is true and correct.

30-01-2023
(Date)

_____
Signature of Petitioner

## IF MAILED BY PRISONER:

I declare or state under penalty of perjury that this petition was (check one):

☐ delivered to prison officials for mailing, or ☐ deposited in the prison's internal mail system on:
30-01-2023 (date).

_____
Signature of Petitioner

Revised 01/13 admin/forms/jjl

## § 3585. Calculation of a term of imprisonment

**(a) Commencement of sentence.** A sentence to a term of imprisonment commences on the date the defendant is received in custody awaiting transportation to, or arrives voluntarily to commence service of sentence at, the official detention facility at which the sentence is to be served.

**(b) Credit for prior custody.** A defendant shall be given credit toward the service of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences—

  (1) as a result of the offense for which the sentence was imposed; or

  (2) as a result of any other charge for which the defendant was arrested after the commission of the offense for which the sentence was imposed;

that has not been credited against another sentence.

**HISTORY:**
Added Oct. 12, 1984, P. L. 98-473, Title II, Ch II, § 212(a)(2), 98 Stat. 2001.

© 2023 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

30430408

STATEMENT OF FACTS TO THIS CASE

SITUATION: Inmate was arrested by the US Government, and detained for 12 months, by the Government of Colombia, for the United States of America, pursuant to International treaties associated with criminal enterprise and the laundering of financial resources, affiliated with such criminal enterprise.

DATA: Inmate was arrested in his native country of Colombia in March 6, 2019; he1 there--by Order and agreements with the United States of America--pending his extradition to the United States; specifically Atlanta, Georgia. During such detention period, in Colombia, inmate was under the detention/arrest authority of the United States, with all expenses for his detention, paid for by the United States.

Inmate's BOP record reveals his actual Jail time credits, did not start until March 5, 2020; this fails to account for the 12 months of time spent in Colombia jail, awaiting the United States to arrange his transportation to the United States, for prosecutions. This is by no fault of the Inmate, that the United States did not/could not, transport inmate to the United States sooner then 12 months. His liberty interests were affected, during the entire jail detention period in Colombia.

Inmate has been deemed eligible to receive FSA(FTC) awards; thus far, he has not received any such awards. Further, Inmate has been slated to receive "Good Time Credits" and has to date, received over 108 days-- Jail Time credits, for good behavior--before arrival at Coleman FCC.

FSA credits, applied will reduce his sentence, by another 17.5 months, over what he has factually served; (15 days per month x 35 months on 2.3.2023);

With FSA credits, and his 12 months(plus GTC) in Colombia Jail, inmate has completed 60.5 months to date, on a 58 month(100%) sentence. He is being detained in excess of the judgment ordered.

SOLUTION: Inmate request he be issued an order of IMMEDIATE RELEASE, and deported to his home country of Colombia within a maximum of 22 days from the receipt of this petition, pursuant to 2u U.S.C. 2242;2243.